AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

_____NORTHERN_____ District of ____OHIO - WESTERN DIVISION____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Alex David Cook | ) |
| | ) 3:10 MJ 5100 |
| Defendant | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  6/22/10  in the county of  Allen  in the  Northern  District of Ohio , the defendant violated  Title 18  U. S. C. §  2252A(a)(5)(B)  , an offense described as follows:

Alex David Cook knowingly possessed material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, including by computer.

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT made a part hereof

☒ Continued on the attached sheet.

_____
Complainant's signature

CRAIG W. SCHULTE, SPECIAL AGENT FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:  November 12, 2010

_____
Judge's signature

City and state:  Toledo, Ohio

MAG. JUDGE JAMES R. KNEPP II
Printed name and title