3:10 MJ 5100

NORTHERN DISTRICT OF OHIO - WESTERN DIVISION

TOLEDO, OHIO

State of Ohio

County of Lucas

**<u>AFFIDAVIT</u>**

I, Craig W. Schulte, hereafter referred to as affiant, being duly sworn, depose and state as follows:

1. Affiant is employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, and began employment with the FBI in February 2009. Affiant is currently assigned to the Cleveland Division, Lima Resident Agency. Prior to affiant's employment with the FBI, affiant was a Police Officer with the Dyer, Indiana, Metropolitan Police Department, for fourteen years. Affiant's primary responsibilities include the investigation of violations of Federal law within the jurisdiction of the FBI. Affiant has received extensive training and instruction from the FBI and other law enforcement training facilities in several aspects of law enforcement. Specifically, affiant attended FBI National Academy and National White Collar Crime Center cyber training courses relating to computer and Internet crime.

2. The statements contained in this affidavit are based upon affiant's investigation, information provided by other FBI agents and law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and

training as a Special Agent of the FBI and law enforcement officer. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, affiant has not included each and every fact known to him concerning this investigation. Affiant has set forth only the facts necessary to establish probable cause to believe Alex David Cook violated of Title 18, United States Code, Section 2252A.

3. In context of this investigation, child pornography is defined in Title 18, United States Code, Section 2256.

### Details of the Investigation

4. On June 22, 2010, SA Richard Whisman, FBI Oklahoma Division, Tulsa Resident Agency, using an internet connected computer, and acting in an undercover capacity, launched an enhanced version of the publicly available program Limewire and connected to the Gnutella Network. Limewire is a P2P client that accesses the Gnutella Network. This enhanced version is specifically set for single source downloads. Additionally, the software SA Whisman utilized has an embedded mechanism that logs the traffic between the undercover and subject computer.

5. During this undercover session, SA Whisman fully downloaded 30 image files and 4 video files. Many of the downloaded files contained child pornography. The files were downloaded from a Gnutella based user who was assigned the IP address 98.31.57.201. The user assigned to IP address 98.31.57.201 was sharing 806 files, many of which, according to SA Whisman, bore file names consistent with child

2

3:10 MJ 5100

1  pornography.
2      5. SA Whisman forwarded a CD-ROM disk to affiant
3  containing downloaded files from the undercover session that
4  occurred on June 22, 2010. Affiant reviewed the downloaded
5  files and found fifteen of them contained unique digital
6  images and one movie file of nude prepubescent children in
7  sexual poses and/or sexual activity. Specifically, Affiant
8  reviewed the three files detailed below:

    a. **File name:** lucifer's pedos collection 3-4~dick (illegal preteen underage lolita kiddy child incest 666 porno gay fuck young naked nude little girls and boys.jpg

**File description:** Still photo of a female child with no pubic hair development with legs spread and male subject touching her vagina.

    b. **File name:** pthc - little boy fucks 4yo girl licks moms pussy - r@ygold - pthc - pedo - hussyfan - babyshvid - zadoom - lolita - kiddy - child porn - illegal - ddoggprn.jpg.mpg

**File description:** Digital video footage of a male child and female child, with no pubic hair development, unclothed on a bed in various sexual positions, with



3:10 MJ 5100

1  male child's penis attempting or
2  simulating penetrating female child's
3  vagina or anus.
4
5  c. **File name:** carl david hyman jr -
6  kiddie sex 03c - witch nudist naked penis
7  preteen vagina little girls ass 8yr child
8  panties gay hussyfan 7yo lolitaguy 8yo
9  pussy pedo porn - persephone.jpg
10 **File description:** Nude female child, with
11 no pubic hair or breast development,
12 squatting with legs spread exposing her
13 vagina.
14
15    6. A fair probability that the images described
16 herein, as well as other images and videos contained on the
17 computer using IP address 98.31.57.201, on June 22, 2010,
18 depict actual minors engaged in sexually explicit conduct is
19 established by the facial development and body development of
20 the children depicted, as well as the quantity of images
21 advertised which portray children and the numerous file names
22 describing children engaging in sexual activity.
23 Specifically, the names of files downloaded by SA Whisman
24 are:
25 •    3yo 3yr child teen play slave for MOM & DAD Dee &
26      Desi  loli lolita Kindergarden Kindergarten porn
27      young step daughter sister Tochter German girl
28      Deutsch kiddy sex dog animal b.jpg

4



3:10 MJ 5100

- 7yo MafiaSex.Ru_Children_Kids_Hard_0002910_ChildPorn_Collection_7_Pussy_Illegal_Preteen_Underage_Lolita_Kiddy_Child_Incest_XXX_Porno_Gay_Fuck_Young_Naked_Nude_Little_Girl(1)(1).jpg

- 8 stripping teenager illegal preteen underage lolita kiddy child incest xxx porno gays fuck young naked nude little girl cum face VonHintengmh.jpg

- ametuer emme 014 ex girlfriend revenge hot 14 year old sexy nude private tits pussy hardcore anal nice ass butt booty whore slut highschool shower qwerty erotrix incest oral po.jpg

- 9yo Jenny nude with legs spread wide apart showing pussy - underage lolita r@ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie kiddy porn(1)(1).jpg

- BD Magazine [] [--lpear-015a-080 - lolitas young 12yr old virgins little child preteens underaged pussy ls-models bd-company(2).jpg

- Carl David Hyman Jr - child pussy 10- Witch nudist naked penis preteen vagina little girls ass 6yr panties gay hussyfan 7yo lolitaguy 8yr pussy pedo

3:10 MJ 5100

1  9yo kiddie porn   r@y.jpg

- Carl David Hyman Jr -  child pussy 6- Witch nudist naked penis  preteen vagina  little girls ass   6yr panties  gay hussyfan 7yo lolitaguy  8yr pussy pedo 9yo kiddie porn  r@yg.jpg

- Carl David Hyman Jr -  child pussy 7- Witch nudist naked penis  preteen vagina  little girls ass   6yr panties  gay hussyfan 7yo lolitaguy  8yr pussy pedo 9yo kiddie porn  r@yg.jpg

- Carl David Hyman Jr - CHILD SEX 95 - Witch nudist naked penis  preteen vagina  little girls ass   6yr panties  gay hussyfan 7yo lolitaguy  8yr pussy pedo kiddie porn  r@ygold -.jpg

- Carl David Hyman Jr - CHILD SEX 98 - Witch nudist naked penis  preteen vagina  little girls ass   6yr panties  gay hussyfan 7yo lolitaguy  8yr pussy pedo kiddie porn  r@ygold -.jpg

- Carl David Hyman Jr - CHILD SEX 98 - Witch nudist naked penis  preteen vagina  little girls ass   6yr panties  gay hussyfan 7yo lolitaguy  8yr pussy pedo kiddie porn  r%.jpg

- Carl David Hyman Jr - KIDDIE PORN 701 - nude witch

1   penis expose genitals gay black cock virgin little
2   girls panties pedo 8yo sex preteen -
3   persephone01@comcast,net(1).jpg

5   • Carl David Hyman Jr- KIDDIE SEX 01 - Witch nudist
6   naked penis  preteen vagina  little girls ass  8yr
7   child panties  gay hussyfan 7yo lolitaguy  8yo
8   pussy  pedo porn- persephone.jpg

10  • Carl David Hyman Jr- KIDDIE SEX 02 - Witch nudist
11  naked penis  preteen vagina  little girls ass  8yr
12  child panties  gay hussyfan 7yo lolitaguy  8yo
13  pussy pedo porn- persephone0.jpg

15  • Carl David Hyman Jr- KIDDIE SEX 03c - Witch nudist
16  naked penis  preteen vagina  little girls ass  8yr
17  child panties  gay hussyfan 7yo lolitaguy  8yo
18  pussy pedo porn- persephone.jpg

20  • Carl David Hyman Jr- KIDDIE SEX 03 - Witch nudist
21  naked penis  preteen vagina  little girls ass  8yr
22  child panties  gay hussyfan 7yo lolitaguy  8yo
23  pussy pedo porn- persephone0.jpg

25  • Carl David Hyman Jr  - PTHC 105 - 3yo Witch nudist
26  naked penis  preteen vagina  little girls ass  8yr
27  child panties  gay hussyfan 7yo love lolitaguy  8yo
28  pussy pedo porn.jpg

3:10 MJ 5100

1. Carl David Hyman Jr - PTHC 109 - 3yo Witch nudist naked penis preteen vagina little girls ass 8yr child panties gay hussyfan 7yo love lolitaguy 8yo pussy pedo porn.jpg

2. Carl David Hyman Jr - PTHC 119 - 3yo Witch nudist naked penis preteen vagina little girls ass 8yr child panties gay hussyfan 7yo love lolitaguy 8yo pussy pedo porn.jpg

3. hot spermed little girls mix (porno-lolitas-preteens-reelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy) Frame - 8186 (2).jpg

4. Kids Teens Women (Porno-Lolitas-Preteens-Reelkiddymov-R@Ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxx-Sexy) 01.jpg

5. Kids Teens Women (Porno-Lolitas-Preteens-Reelkiddymov-R@Ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxx-Sexy) 16(1).1.jpg

6. Lucifer's Pedos Collection 3-4~ Dick (Illegal Preteen Underage Lolita Kiddy Child Incest 666 Porno Gay Fuck Young Naked Nude Little Girls and

3:10 MJ 5100

1     Boys.jpg

- Lucifer's Pedos Collection 3-5~ Dick (Illegal Preteen Underage Lolita Kiddy Child Incest 666 Porno Gay Fuck Young Naked Nude Little Girls and Boys.jpg

- my sister and her coke bottle little young pedo kiddie kid children rape incest illegal porn pornography girl boy teen underage lolita 1.jpg

- pedo-station pthc pedo sex daughter incest amateur underage young porn xxx teen ptsc preteen hussyfan kids boy boylover lolita child kidd.jpg

- Pedo-Station Pthc Pedo Sex Daughter Incest Amateur Underage Young Porn Xxx Teen Ptsc Preteen Hussyfan Kids Boy Boylover Lolita Child Kiddy 02.jpg

- 10yo &14 sex porn preteen kiddy underage little girl kiddy child odd job around the place - HARD at work on a dick !! ddoggprn lolita incest ks reelkiddymov kiddie kindergarden.jpg

- 12 yo girl fucking her dog ------------ lolita kiddy preteen pre-teen tiny children drunk whore slut stripper ass incest sex porn underage xxx lolita.jpg

9



- 12 yo girl fucking her dog ------------ lolita kiddy preteen pre-teen tiny children drunk whore slut stripper ass incest sex porn underage.mpg

- 10yr boy doggyfuck 8yr sister brother lolita child preteen 1(1)(lolitas, sex, porn, hentai, manga, rape, anime, tenchi, britney spears)(3).mpg

- pthc - little boy fucks 4yo girl licks moms pussy - R@ygold - PTHC - Pedo - Hussyfan - Babyshvid - Zadoom - ChildFugga - Lolita - Kiddy - Child Porn - Illegal - Ddoggprn.jpg.mpg

- lise Kids Teens Women (Porno-Lolitas-Preteens-Reelkiddymov-R@Ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxx-Sexy)(2) [302E181C].mpg

7. A query of the Maxmind IP Database revealed that IP address 98.31.57.201 resolved to Internet provider Road Runner. An administrative subpoena was served upon Road Runner, by SA Whisman, requesting subscriber information for the user assigned said IP address during June 22, 2010, from 4:40pm to 7:34pm, the date and time the undercover session was conducted. Road Runner (Time Warner) responded to the subpoena and provided information the subscriber for the account assigned IP address 98.31.57.201, during the date and

3:10 MJ 5100

1  time noted above, was Alex Cook, 1268 Knollwood Dr. Lima, OH,
2  45801-2348 phone number 740-507-5232, email address
3  acook60@woh.rr.com.
4      8. The information above was presented to this
5  court by way of affidavit sworn by affiant on September 14,
6  2010. This affidavit was presented in support of an
7  application for a warrant to search 1268 Knollwood Drive,
8  Lima, Ohio, 45801. This court made a finding of probable
9  cause and issued a search warrant for 1268 Knollwood Drive,
10 Lima, Ohio, 45801.
11     9. The above referenced search warrant was executed
12 on September 15, 2010, by FBI Special Agents and Task Force
13 Officers (TFO). Several items capable of storing electronic
14 data were seized from this location.
15     10. FBI SA Paul J. Pape subsequently interviewed
16 Cook at the Lima Resident Agency of the FBI. After reading
17 and signing an FD-395 "Advice of Rights" form, Cook admitted
18 to downloading images of child pornography from the internet
19 using Limwire and possessing those images in electronic
20 format on his laptop computer located in Cook's bedroom at
21 1268 Knollwood Drive, Lima, Ohio, 45801.
22     11. TFO David Morford examined electronic items
23 seized during the search of 1268 Knollwood Drive, Lima, Ohio
24 45801. Particularly, TFO Morford examined an HP laptop
25 computer, serial number CNF9131JQY, seized from Cook's
26 bedroom. TFO Morford generated a Forensic Toolkit (FTK)
27 Report, which contained exact copies of image and movie files
28 contained on the hard drive of the Hp laptop computer.

Through reviewing the FTK report, TFO Morford found the laptop computer contained images, which appeared to match statutory definitions of child pornography as defined in Title 18, United States Code, Section 2256.

12. SA Steven Smith and affiant conducted additional analysis of the FTK report generated by TFO Morford. SA Smith and affiant found the report contained seventeen (17) unique computer files depicting images of child pornography and three (3) unique computer files containing videos depicting child pornography.

### Conclusion

13. Based upon the above information, affiant believes probable cause exists to believe Alex David Cook knowingly possessed, and distributed material that contains images of child pornography in violation of Title 18 Section 2252A(a)(5)(B).

14. It is therefore respectfully requested that a Criminal Complaint and Warrant for Arrest be issued for David Alex Cook.

Craig W. Schulte
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 12th day of November, 2010.

James R. Knepp II
U.S. Magistrate Judge

12