AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio, Western Division

| United States of America | ) |
|---|---|
| v. | ) |
| Alex David Cook | ) Case No. 3:10 mj 5401 |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11/12/10

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Donna M. Grill    0062141
*Printed name and bar number of defendant's attorney*