

FILED

2010 DEC -8 PM 3:22

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10 CR 522 |
| | ) | |
| ALEX D. COOK, | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 2252A(a)(2)(A) |

JUDGE JAMES G. CARR

COUNT 1

The Grand Jury charges that:

Between on or about June 21, 2010 through September 16, 2010, in the Northern District of Ohio, Western Division, ALEX D. COOK, did knowingly distribute child pornography that, using a means or facility of interstate or foreign commerce, had been shipped and transported in or affecting interstate commerce, by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

A TRUE BILL.

Original document – Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

