IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:10CR522 |
| | ) | |
| | ) | JUDGE JAMES CARR |
| | ) | |
| Plaintiff. | ) | |
| | ) | **MOTION FOR EXTENSION OF** |
| v. | ) | **MOTION FILING DEADLINE** |
| | ) | |
| ALEX COOK, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes Defendant, by and through counsel, and hereby requests an extension of the motion filing deadline.

Defendant states that the motion filing deadline in this matter is February 9, 2011. Defendant needs additional time to review the discovery in this matter and requests that this court extend the deadline to February 23, 2011. The United States Attorney assigned to this matter does not oppose this motion.

Wherefore, Defendant requests an extension of the motion filing deadline to February 23, 2011.

                Respectfully submitted,

                *s/ Donna M. Grill*
                DONNA M. GRILL ( 0062141)
                Office of the Federal Public Defender
                617 Adams Street, 2nd Floor
                Toledo, Ohio 43604-1419
                (419-259-7370) O (419-259-7375) F
                E-mail: donna_grill@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2011 a copy of the foregoing Motion For Extension of Motion Filing Deadline was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*s/ Donna M. Grill*
Donna M. Grill
Attorney for Defendant