# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:10CR522 |
| | ) | |
| | ) | JUDGE JAMES CARR |
| | ) | |
| Plaintiff. | ) | |
| | ) | **MOTION TO CONTINUE** |
| v. | ) | **PRE-TRIAL CONFERENCE** |
| | ) | |
| ALEX COOK, | ) | |
| | ) | |
| Defendant. | ) | |

 Now comes counsel for Defendant, Donna Grill who hereby requests a continuance of the Pretrial Conference scheduled in this matter for April 8, 2011 for reasons set forth below.

 Counsel will be out of town in California from April 6 through April 8, 2011 for a meeting with another client on an unrelated matter. Therefore, counsel will be unable to attend the Pretrial Conference scheduled for April 8, 2011 at 10:30 a.m.

 Therefore, counsel respectfully requests a continuance of this matter.

       Respectfully submitted,

       *s/ Donna M. Grill*
       DONNA M. GRILL ( 0062141)
       Office of the Federal Public Defender
       617 Adams Street, 2nd Floor
       Toledo, Ohio 43604-1419
       (419-259-7370) O (419-259-7375) F
       E-mail: donna_grill@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2011 a copy of the foregoing Motion to Continue PreTrial Conference was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*s/ Donna M. Grill*
Donna M. Grill
Attorney for Defendant