FILED

2011 APR -6 PM 5: 54

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: JAMES G. CARR |
| v. | ) | |
| | ) | |
| ALEX D. COOK, | ) | CASE NO. 3:10CR00522 |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 2252(a)(2), |
| | ) | & 2252(a)(4)(B) |
| | ) | |

COUNT 1
(Receipt of Child Pornography)

The Grand Jury charges that:

Beginning in or about May of 2010, and continuing until on or about September 15, 2010, in the Northern District of Ohio, Western Division, ALEX D. COOK, did knowingly receive one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. Section 2256(2)), and such depictions being of such conduct.

ORIGINAL

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2
(Distribution of Child Pornography)

The Grand Jury further charges that:

On or about the 22nd day of June, 2010, in the Northern District of Ohio, Western Division, ALEX D. COOK, did knowingly distribute one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. Section 2256(2)), and such depictions being of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3
(Possession of Child Pornography)

The Grand Jury further charges that:

On or about the 15th day of September, 2010, in the Northern District of Ohio, Western Division, ALEX D. COOK, did knowingly possess at least one matter which contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

Original document – Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.