✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN          DISTRICT OF          OHIO, WESTERN DIVISION

| UNITED STATES OF AMERICA V. | **SUMMONS IN A CRIMINAL CASE** |
|---|---|
| Alex David Cook | Case Number: 3:10cr522 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U. S. District Court<br>1716 Spielbusch Avenue<br>Toledo, OH 43604 | Room<br>204 |
|---|---|
| | Date and Time<br>April 11, 2011 at 10:00am |
| Before:   Judge James G. Carr | |

To answer a(n)

X  Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, _____

Brief description of

See copy of attached Superseding Indictment


s/ Amy L. Schroeder                                    April 7, 2011
Signature of Issuing Officer                           Date

Geri M. Smith, Clerk of Court
Name and Title of Issuing Officer