IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:10cr522

    Plaintiff(s)

-v-  ORDER

Alex David Cook,

    Defendant(s)

Pretrial conference having been held April 11, 2011, it is hereby

Ordered that:

1. Pretrial motion deadline is May 16, 2011.

2. Jury trial scheduled for June 28, 2011 at 8:30 a.m.  Parties consent to voir dire by U.S. Magistrate Judge Armstrong on June 27, 2011 at 1:30 p.m.

3. Change of plea deadline is June 10, 2011.

3. Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i) and (ii), the Court determined that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Failure to grant such continuance would result in a miscarriage of justice.  This Court finds that the time period until the date of the jury trial is excluded under 18 U.S.C. Sections 3161(h)(7)(A), (B)(i), (B)(ii) and (B)(iv), because the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

So ordered.

    **S/ James G. Carr**
    United States District Judge