IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:10CR522

      Plaintiff

v.   ORDER

Alex David Cook,

      Defendant

Status/scheduling conference held May 9, 2011.

Court Reporter: Angela Nixon.

It appearing that, due to the inability of defense counsel, and good cause therefore being shown on the record of the May 9, 2011, conference, to be sufficiently prepared to afford the defendant fully his right to competent counsel, and thereafter, due to the unavailability during the first two weeks of July of a government witness to attend trial, and thereafter until late August of the unavailability of the undersigned, it is, due to the foregoing necessitous circumstances, it is hereby

ORDERED THAT:

Trial scheduled for June 28, 2011, vacated and reset to begin with *voir dire* on September 6, 2011, at 9:00 a.m.; parties consent to *voir dire* before the United States Magistrate Judge; proposed *voir dire* questionnaire to be submitted on or before August 15, 2011.

Prior timetable for pretrial motions, motions in limine, submission of proposed jury instructions, etc., adjusted accordingly.

Defendant's motion to suppress/in limine to be filed May 16, 2011; evidentiary hearing set for June 28, 2011, at 9:00 a.m.; briefing schedule to be set thereafter.

Delay caused by this order deemed excludable in the interest of justice, the need to provide continuity of counsel, and for counsel to represent her client adequately, and for the reasons otherwise stated herein.

So ordered.

s/James G. Carr
United States District Judge

s/James G. Carr
James G. Carr
District Judge
