God has led two lives
to take one path
Sarah Fergus
and
Christopher Alverson
together with their parents
invite you to witness their vows
as they begin their joyful journey

on Saturday
the twenty eighth of May
Two thousand and eleven
at half past three o'clock
in the afternoon

at First Baptist Church
22 East Sandusky Street
Fredericktown, Ohio

Reception following the ceremony at
19760 Roberts Road
Fredericktown, Ohio