### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:10-cr-00522 |
| | ) | |
| | ) | JUDGE JAMES G. CARR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR PERMISSION TO** |
| v. | ) | **ATTEND WEDDING WHILE ON** |
| | ) | **ELECTRONIC MONITORING** |
| ALEX COOK, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes Defendant, by and through counsel, and hereby requests permission to attend his cousin Sarah Fergus' wedding on May 28, 2011.

The reason for this motion is that undersigned counsel has been advised that defendant's cousin will marry on Saturday, May 28, 2011 at First Baptist Church in Fredericktown, Ohio. The church is located approximately a 15-20 minute drive from the defendant's house. The reception will follow the ceremony in Fredericktown, Ohio. Defendant is requesting that he be allowed to leave his home at approximately 2:30 in the afternoon for the ceremony and return to his home following the reception at approximately 9:00 p.m. A copy of the invitation is attached hereto. (Exhibit A)

Wherefore, for the foregoing reasons, Defendant Alex Cook, through counsel,

requests permission to attend the wedding on May 28, 2011.

> Motion is granted.
> So ordered.
>
> /s/ James G. Carr
> _____
> Sr. United States District Judge

Respectfully submitted,

*s/ Donna M. Grill*
DONNA M. GRILL ( 0062141)
Office of the Federal Public Defender
617 Adams Street, 2nd Floor
Toledo, Ohio 43604-1419
(419-259-7370) O (419-259-7375) F
E-mail: donna_grill@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2011 a copy of the foregoing Motion to Continue Trial Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*/s/ Donna M. Grill*
Donna M. Grill
Attorney for Defendant

2