**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 3:10CR-522 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| | : | |
| ALEX COOK, | : | **MOTION TO WITHDRAW** |
| | : | **AS COUNSEL** |
| Defendant. | : | |

Now comes counsel Donna M. Grill, of the Office of the Federal Public Defender, and respectfully moves this Honorable Court for permission to withdraw as counsel for Alex Cook. On August 2, 2011, Elizabeth Kelley formally entered her appearance with this Court as retained counsel of record in the above captioned case.

WHEREFORE, counsel respectfully requests that she be withdrawn as counsel in this matter.

Respectfully submitted,

/s/ Donna M. Grill
DONNA M. GRILL (0062141)
Assistant Federal Public Defender
617 Adams St.
Toledo, Ohio  43604
Phone: (419) 259-7370; Fax: (419) 259-7375
E-Mail: donna_grill@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 2, 2011, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

<u>/s/ Donna M. Grill</u>
DONNA M. GRILL (0062141)
Assistant Federal Public Defender