UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, : Case No. 3:10 CR 00522

Plaintiff,                :        JUDGE JAMES G. CARR

-vs-                      :

ALEX DAVID COOK,          :        **MOTION TO CONTINUE TRIAL**

Defendant.                :

Now comes the Defendant, Alex David Cook, by and through undersigned Counsel, and hereby requests that this Honorable Court continue the trial it has set for September 6, 2011, as well as modify the prior timetable for proposed voir dire, jury instructions, and the like.

Counsel has just been retained. The file in this case is of considerable size. Moreover, Counsel believes, based on a review of the file thus far and interviews with Mr. Cook, that she may need to retain additional experts.

Thus, a Continuance is necessary in order for Mr. Cook to receive effective assistance of Counsel and ultimately, to receive a fair trial.

/s/Elizabeth Kelley ELIZABETH
KELLEY, 0063641  13940 Cedar
Rd., #285 Cleveland, OH
44118-3204 (216)410-6923
ZealousAdvocacy@aol.com

SERVICE

I certify that on August 4, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Kelley
ELIZABETH
KELLEY

Case: 3:10-cr-00522-JGC Doc #: 34 Filed: 08/04/11 2 of 2. PageID #: 104