## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 3:10CR-522 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| | : | |
| ALEX COOK, | : | **MOTION TO WITHDRAW** |
| | : | **AS COUNSEL** |
| Defendant. | : | |

Now comes counsel Donna M. Grill, of the Office of the Federal Public Defender, and respectfully moves this Honorable Court for permission to withdraw as counsel for Alex Cook. On August 2, 2011, Elizabeth Kelley formally entered her appearance with this Court as retained counsel of record in the above captioned case.

WHEREFORE, counsel respectfully requests that she be withdrawn as counsel in this matter.

Respectfully submitted,

Motion granted.
So Ordered.

s/ James G. Carr
Sr. United States District Judge

/s/ Donna M. Grill
DONNA M. GRILL (0062141)
Assistant Federal Public Defender
617 Adams St.
Toledo, Ohio 43604
Phone: (419) 259-7370; Fax: (419) 259-7375
E-Mail: donna_grill@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Donna M. Grill
DONNA M. GRILL (0062141)
Assistant Federal Public Defender