IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:10CR522

      Plaintiff

v.   ORDER

Anthony David Cook,

      Defendant

Telephone Conference was held on August 4, 2011. The court reporter was Sarah Nageotte.

It is hereby

ORDERED THAT Defendant's motion to continue the September 6, 2011 trial date is denied.

So ordered.

      /s/ James G. Carr
      Sr. United States District Judge