IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                    Case No.  3:10cr522

                Plaintiff,                                    <u>JERS ORDER</u>

         -vs-                                                   Judge James G. Carr

Alex Cook,

              Defendant.

The Court is using new technology to facilitate the viewing of exhibits by jurors (Jury Evidence Recording Systems / "JERS").  Counsel are instructed to use the following procedures to govern the submission of exhibits.

### SUBMISSION OF EXHIBITS IN ELECTRONIC FORMAT

Each party shall submit to Chambers all exhibits on a single storage device such as a CD, DVD, or USB drive no later than **one (10) days before trial**.  Parties are responsible for keeping a copy of any audio or visual exhibits.

### RENAMING OF EXHIBIT FILES

The Exhibit Files must be named using a naming convention as follows:

<exhibit number>_<exhibit description>.<file extension

The exhibit **MUST** be named by number.

The use of the "underscore" character **is** required when a description of the exhibit is included and the underscore character cannot be used elsewhere in the exhibit name.

Examples of valid exhibit file names are set forth below:

> 12_2009 Tax Statement.pdf
> 35.pdf

Compatible file types include:

- PDF
- JPG
- WM Video
- MP3
- WAV

Counsel shall coordinate numbering of the documents (e.g., designate 1-100 for Government / Plaintiff; 101-200 for Defendant) to prevent overlapping and/or duplicates.  Any exhibits containing multiple images (such as photographs, charts or drawings) shall be marked individually with an exhibit number.  Composite exhibits are not permitted.

Any questions regarding JERS procedures for the electronically stored exhibits should be directed to Amy Schroeder at (419) 213-5560.

IT IS SO ORDERED.

                                            s/ *James G. Carr*
                                            U. S. DISTRICT JUDGE