IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:10cr522

       Plaintiff(s)

  -v-  ORDER

Alex Cook,

       Defendant(s)

A pretrial conference having been held August 25, 2011, it is hereby

Ordered that:

1. Exhibit and Witness List to be filed on August 26, 2011.

2. Proposed jury instructions to be filed by August 29, 2011. If defendant has any objections to the governments proposed instructions, a telephone status conference will be held on August 31, 2011 at 9:00 a.m.

3. Trial confirmed; voir dire to be held before the undersigned commencing September 6, 2011 at 8:30 a.m.

So ordered.

     **S/ James G. Carr**
     Sr. United States District Judge