```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

UNITED STATES OF AMERICA,      :   Case No. 3:10CR522

        Plaintiff,      :   Judge James G. Carr

    v.      :   <u>GOVERNMENT EXHIBIT LIST</u>

ALEX D. COOK,      :

        Defendant.      :

| Exhibit No. | Description | Admitted | Denied | Witness | Misc. |
|---|---|---|---|---|---|
| 1 | Lead Disk | | | Whisman<br>Schulte | |
| 2 | Lead Disk Summary | | | Whisman | |
| 3 | Time Warner Subpoena | | | Whisman | |
| 4 | Time Warner Subpoena Response | | | Whisman<br>TW Records Custodian | |
| 5 | "Jenny" image | | | Allen | |
| 6 | "Vicky" video | | | Shepherd | |

| Exhibit No. | Description | Admitted | Denied | Witness | Misc. |
|---|---|---|---|---|---|
| 7 | HP Laptop Computer | | | Schulte Smith Russ Jones Morford | |
| 8 | Miranda Waiver | | | Pape Schulte | |
| 9 | Signed Statement | | | Pape | |
| 10 | S/W Photo | | | Schulte Jones | |
| 11 | Cable Bill | | | Jones | |
| 12 | Resume | | | Jones | |
| 13 | Consent to Search Truck | | | Schulte Pape | |
| 14 | Consent to Search Apartment | | | Schulte Russ | |
| 15 | HP Laptop Computer Screen Shots | | | Morford | |
| 16 | FTK Report Disk | | | Morford | |
| 17 | FTK Report Summary Disk | | | Morford Schulte | |

| Exhibit No. | Description | Admitted | Denied | Witness | Misc. |
|---|---|---|---|---|---|
| 18 | Lime Wire Install Screen Shots | | | Morford | |
| 19 | Hard Drive Containing Forensic Image of HP Laptop Computer | | | Morford | |

Respectfully submitted,

STEVEN M. DETTELBACH
UNITED STATES ATTORNEY


/s/ Thomas O. Secor
Thomas O. Secor
Assistant U.S. Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Fax: (419) 259-6360
Thomas.Secor@USDOJ.GOV
Reg. No. 0019852


/s/ Gene Crawford
Gene Crawford
Assistant U.S. Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Fax: (419) 259-6360
Gene.Crawford@USDOJ.GOV
Reg. No. 0076280

CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        /s/ Thomas O. Secor
                                        Thomas O. Secor
                                        Assistant U.S. Attorney