```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA,  :  Case No. 3:10CR522

       Plaintiff,  :  Judge James G. Carr

  v.  :

ALEX D. COOK,  :

       Defendant.  :

GOVERNMENT WITNESS LIST

Allen, Amy S. (Department of Homeland Security)

Douglas, Ian

Jones, John (Special Agent, FBI)

Morford, David (Detective, Toledo Police Department)

Pape, Paul (Special Agent, FBI)

Russ, Brian (Special Agent, FBI)

Schulte, Craig (Special Agent, FBI)

Shepherd, Roy (Detective, Richland Police Department, Richland, Washington)

Smith, Steven (Special Agent, FBI)

Time Warner records custodian

Whisman, Richard (Special Agent, FBI)

Respectfully submitted,

STEVEN M. DETTELBACH
UNITED STATES ATTORNEY


/s/ Thomas O. Secor
Thomas O. Secor
Assistant U.S. Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Fax: (419) 259-6360
Thomas.Secor@USDOJ.GOV
Reg. No. 0019852


/s/ Gene Crawford
Gene Crawford
Assistant U.S. Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Fax: (419) 259-6360
Gene.Crawford@USDOJ.GOV
Reg. No. 0076280




CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Thomas O. Secor
Thomas O. Secor
Assistant U.S. Attorney

2