UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10 CR 00522 |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| ALEX DAVID COOK, | : | **EXHIBIT LIST** |
| Defendant. | : | |

Now comes the Defendant, Alex David Cook, by and through undersigned Counsel, and provides the following list of exhibits he plans to introduce at trial:

Verizon phone records of Alex Cook, Sept. 2010-Dec. 2010;

Individualized Educational Plan of Alex Cook and other educational records from Fredericktown High School;

Work records of Alex Cook from Menard's;

Computer Forensic Report of Mark Vassel;

Forensic Psychology Report of Dr. Wayne Graves.

        Respectfully submitted,

        /s/Elizabeth Kelley
        ELIZABETH KELLEY, 0063641
        13940 Cedar Rd., #285
        Cleveland, OH   44118-3204
        (216)410-6923
        ZealousAdvocacy@aol.com

SERVICE

I certify that on August 26, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Kelley

ELIZABETH KELLEY