UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, : Case No. 3:10 CR 00522

Plaintiff, : JUDGE JAMES G. CARR

-vs- :

ALEX DAVID COOK, : **WITNESS LIST**

Defendant. :

    Now comes the Defendant, Alex David Cook, by and through undersigned Counsel, and provides the following list of witnesses he plans to call at trial:

    1. Jerry Cook
Father of the Defendant
95501 Woodridge Circle
Fredericktown, OH   43019

    2. Gary Kochhaisen
Pastor, Akneytow Grace Baptist Church
2259 Sprucewood Dr.
Mansfield, OH   44903

    3. Dr. Wayne Graves
Clinical and Forensic Psychologist
Central Behavioral Healthcare
5965 Renaissance Pl.
Toledo, OH   43923

    4. Mark Vassel
Computer Forensic Examiner
Midwest Data Group
869 W. Bagley Rd.
Berea, OH   44017

    5. Ann Vance
Intervention Specialist
Fredericktown High School
111 Stadium Dr.
Fredericktown, OH   43019

6.  Mark Vance
Scout Leader Troop 342
13420 Armentrout Rd.
Fredericktown, OH   43019

7.  Representative from Menard's
2614 N. Eastown Rd.
Lima, OH   45807

8.  Representative from Verizon

9.  Representative  from Fredericktown High School;

10.  The Defendant

Any and all witnesses called by the U.S. Government

                                     Respectfully submitted,

                                     /s/Elizabeth Kelley
                                   ELIZABETH KELLEY, 0063641
                                   13940 Cedar Rd., #285
                                   Cleveland, OH   44118-3204
                                   (216)410-6923
                                   ZealousAdvocacy@aol.com

                                          SERVICE

I certify that on August 26, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                   /s/Elizabeth Kelley

                                   ELIZABETH KELLEY