IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

2011 SEP -9 PM 4:0

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America,

    Plaintiff                    Case No. 3:10CR522

vs.                            Judge James G. Carr

Alex D. Cook,               **VERDICT**

    Defendant.


We the jury, on the issues joined, unanimously find:

1. As to Count One:

    Guilty    ✓

    Not Guilty    _____

2. As to Count Two:

    Guilty    ✓

    Not Guilty    _____

3. As to Count Three

    Guilty    ✓

    Not Guilty    _____