UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10 CR 00522 |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| ALEX DAVID COOK, | : | **NOTICE OF MANUAL FILIING** |
| Defendant. | : | |

Now comes the Defendant, Alex David Cook, by and through undersigned Counsel, and hereby notifies the Court and all parties that CDs containing the video presentation referred to in the Motion for New Trial dated February 24, 2012 have been filed.

The language in p. 10-11 of the New Trial Motion stating that the presentation would be attached to the filing was incorrect insofar as it was not technologically possible to file the presentation electronically.  The New Trial Motion also stated that thumb drives would be hand-delivered to the Court and all parties.  Instead, CDs have been filed in accordance with the Court's request.

/s/Elizabeth Kelley
ELIZABETH KELLEY, 0063641
13940 Cedar Rd., #285
Cleveland, OH   44118-3204
(216)410-6923
ZealousAdvocacy@aol.com

## SERVICE

I certify that on February 27, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Kelley

ELIZABETH KELLEY