UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10 CR 00522 |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| ALEX DAVID COOK, | : | **MOTION TO STAY** |
| Defendant. | : | **SENTENCING** |

Now comes the Defendant, Alex David Cook, by and through undersigned Counsel, and hereby requests that this Honorable Court stay his sentencing scheduled for March 5, 2012.

At the same time that Mr. Cook is filing this Motion to Stay, he is filing a Motion for a New Trial arguing that there is significant newly-discovered evidence which casts doubt on the jury's verdict.  Therefore, Mr. Cook requests that the Court first resolve those matters.  Moreover, he requests that the Court continue his bond and its conditions.

/s/Elizabeth Kelley
ELIZABETH KELLEY, 0063641
13940 Cedar Rd., #285
Cleveland, OH   44118-3204
(216)410-6923
ZealousAdvocacy@aol.com

SERVICE

I certify that on February 24, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Elizabeth Kelley
ELIZABETH KELLEY

The March 5, 2012 sentencing continued.  Government to respond to the motion for new trial by March 2, 2012; defendant's reply due March 9, 2012.
So Ordered.
s/ James G. Carr
Sr. U. S. District Judge