IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

__U.S._____,
Plaintiff

-vs-

__Cook, Alex David__
Defendant(s)

CASE NO. __3:10 CR 522__

JUDGE __James Carr__

EXHIBIT FOR MOTION FOR NEW TRIAL.

(1) CD EXHIBIT FOR ABOVE MOTION.

Filed by
Elizabeth Kelley