June 11, 2012


Honorable Judge James G. Carr

1715 Spielbusch Avenue, Room 210

Toledo, OH 43604-1363


Dear Honorable Judge James G. Carr:


This letter is in behalf of Alex David Cook who is before your court facing charges for knowingly possessing and distributing child pornography.  Alex Cook is a fine young man who got involved in pornography, however, I do not believe that he knowingly possessed and distributed child pornography.

Your honor, please consider that Alex Cook is a young man who would give officers of the law trust and respect and believed that because he had done nothing illegal he had nothing to fear; thus he signed a statement without reading it.

Please be as lenient as possible as you consider the evidence and impose the sentence.

Respectfully,


Jim Beal

June 11, 2012

Honorable Judge James G. Carr,

First off, please let me thank you for taking the time to read this letter as I realize your time is limited. I ask that you please consider the following letter in regards to Alex David Cook.

I have known Alex for over 10 years and have gotten to know him and have come to know him very well over the past eight years. Alex is a hard working young man with a lot of potential to do great things. He struggled in school especially with reading and writing. In fact, I remember one time when he went away to band camp. I had written him a very long letter (around 5 pages) and when he got back from camp I asked him if he liked my letter. He was upset and threw it on the ground. This is when I first found out about his struggles in reading. I learned that he struggles with reading and when given a large amount of text to read he shuts down. This does not mean he is incapable of working however, as he has found his talents with building and completing manual labor tasks. I bring this up because of his current situation and the trouble that not reading a statement has gotten him into. One must ask if Alex was given the chance to have the statement read to him would he have signed it? I do not believe so. His character is not of such that would partake in child porn.

Alex has two young nieces, one of which is going to be in 2nd grade and another who is 3 years old. He would never hurt those girls and it is evident that he loves them and would protect them from harm. This kindheartedness extends beyond his family as I have seen him interact with other children. Never has he done anything that would even be slightly questionable when around children. None of the children are afraid of him because they have no reason. I know Alex and I know that he does not, nor would he ever, view child porn let alone distribute it. Yes, I realize he has looked at Adult porn, but this addiction has not carried over to viewing pictures of children. I recently graduated from college with a Bachelors of Arts in early childhood education and my job revolves around protecting and teaching young children. I realize the importance of protecting our children and believe that the punishment placed upon pedophiles is justified for those who indeed sexually abuse children. Alex is not one that falls into this category, he is not perfect, but I know he does not view child porn nor distribute it knowingly.

I realize that Alex has been found guilty of possessing and sending child porn, and if this case cannot be overturned I ask that you take into consideration how well he has behaved on house arrest, despite the difficulties he has had with it, and the nature of this case to consider a retrial. If no retrial is permitted, please Judge Carr, look at this young man very careful as you consider the punishment. Please ask yourself will sentencing Alex to 25 years in jail serve as correct punishment for a crime he did not commit? I ask that you consider other options if you must punish him.

Judge James G. Carr, as I close this letter I want you to know that I would stand before you today and tell you truthfully that Alex David Cook does not, nor will ever, view child porn and sending him to jail will not be beneficial. Thank you again for taking time to read this letter as you consider Alex David Cook's trial.

Respectfully,
Sarah E. Beal

Dear Sir,

I have known Alex Cook and his sister Brittany, mom Evea, and dad Jerry since Alex was in grade school.

Alex and his family are active members of our church.  He has contributed a lot in youth group activities as well as assisting with physical labor in building maintenance and lawn care.  He is always pleasant, respectful and willing to help.

I respectfully request and plead for leniency as you consider this young man's fate.  I cannot imagine that Alex should be in prison.

Please, please, do not destroy this decent young man's life.

Respectfully,

Katie Rockwell

June 13, 2012


       Please let it be known that when God created all of mankind to be in his likeness, he created Alex Cook a child of God, to live a life of sincerity, integrity, and bring honor to family, church and friends.

       All of us, who are friends with Alex Cook, can testify that Alex should be given leniency.  He has already served a long time under house arrest and never jeopardized his situation.

       We believe that it would be justifiable for Alex to be given leniency when considering the sentencing to be handed out.  Alex has been serving a personal penitence for a long time and this should warrant a dismissal.  Our prayer is that leniency be given to Alex in his sentencing.


Sincerely,

Dolly Schaft

**Bill Jonke & Associates**

## TRIAL CONSULTATION AND PREPARATION

6 Birckhead Place                    www.investigativelaw.com                    409 N.W. Loop 410
Toledo, Ohio  43608                                                              San Antonio, Texas 78209

billjonke@investigativelaw.com

419/242-3405

12 June 2012

Hon. Judge James G. Carr
U.S. Courthouse
1716 Spielbusch
Toledo, Ohio  43604

  Re: Alex COOK Sentencing

Dear Judge Carr:

This letter to you regarding Alex Cook, who is to be sentenced
next week, is not about Alex Cook as a client. It is about Alex
as a person.

In the course of working on Alex's post conviction matter I came
to know him and to have opportunity to look into his soul. The
nature of deeply personal defense interviews is such that in
addition to bringing focus to a case, one also cannot help but
see into a person's thinking processes and psyche.

In all of the many interviews with Alex, I was impressed with
his openness and candor regarding his case, his background, his
family, his goals and his personal habits and interests. I found
him to be a young man who has a strong religious and spiritual
orientation and who backs his religious convictions with hands-
on physical assistance to his church and to his family.

Alex maintains his innocence, and this letter does not mean to
address those issues already adjudicated. So putting his
conviction aside for the moment, there remains Alex the human
being. This is someone who has a strong work ethic, family
ethic, and who is looking to make his way in life in a manner
that will add to society.  He is very young, and is like no
other client I have ever had. His case is certainly unusual by
most any standard.

I would ask the Court to consider Alex's sentence in the most
favorable light possible, and to consider his extremely
supportive family. A family that will hold Alex very close in
the future and help him to move forward.

Most sincerely,


Bill Jonke

2012

Dear Honorable Judge Carr,


       I'm writing to you, to humbly ask for leniency for Alex Cook.  I have known Alex for about 12 years and have worked with him on many projects around our church, he is a young man of good character, whom I believe is innocent.   Alex, his family and you have been in my prayers, that God would make this crooked path straight.  This unfortunate situation has been hard for him and his parents, as you can well understand.  I pray that God will give you wisdom and discernment as you consider his sentence.  Please, show grace and consider allowing Alex to remain out on bond while waiting for his appeal.


                          Respectfully,


                          Larry D. Huffstutler

2012

Dear Honorable Judge Carr,


 I would like to talk to you about Alex Cook.  He is a fine young man that I have watched grow up from the age of 9 years old.  As a mother, my heart breaks knowing of his unfortunate situation. I believe him to be innocent and I pray that you will keep him out on bond while he is waiting for appeal.  Thank you for your time and attention.


     Respectfully,


     Lisa Huffstutler

June 11, 2012

To the Honorable Judge Carr:

Dear Sir,

I am writing this letter to you in regard to a case you are presiding over in the Federal Court system. The defendant in the case is Alex Cook. The sentencing is scheduled for June 18, 2012.

Alex is a young man of 21 and has been found guilty by the court system and has been allowed to remain out of prison at this time until sentencing. He has had to follow the rules of the court and wear an ankle bracelet to remain out of the jail setting. He has to my knowledge obeyed the rules that enable him that privilege. He has stayed at home with his parents, who have supported him by standing with him through this very trying ordeal. They have given much for him in trying to cover the trial costs and the daily stress and strain of being reminded that their only son's future life is greatly at stake. As any normal parents would do, they have spent and are being spent by this situation. The pressures have been tremendously difficult for all of them, and they remain committed to stand by Alex in this situation.

Alex has done over almost 2 years now what the court has asked of him. He has helped to do some of the remodeling at the church where I am what is called a "Property Deacon" which means that I have worked with Alex on several of these church projects since my responsibility is to oversee the care of the building and property. Alex has been helpful and cooperative, and always mindful while on a project as to his responsibility as to what the court has said told him he must do so that he does not violate the rules that might put him immediately at risk of losing the freedom that electronic monitoring allows.

Alex has been courteous and considerate in his behavior and speech. He does attend the Sunday morning church services regularly. As a 21 year old with a good moral and Christian upbringing, he has had to endure much more than what is normal for one of his age. Youth does err in judgments as do all ages. The perpetual pattern of recurring unlawful behavior is not characteristic of Alex. This crime he has been charged and convicted of has put his life on hold for almost 2 years now. I am thankful that at least he has not been placed in the prison system, that I believe would not be good for him or his family. The amount of pictures

found on his computer that resulted in his being convicted was very minimal and wrong , but I also believe mercy should continue to be shown to Alex and that allowance would be made that he could remain out of the prison system while the appeal is being processed. Alex has exhibited compliance with the court's request up to date and I would plead for mercy and an extension of the current decision to keep Alex out of the prison system while appeal is being made.

Thank you for the time you have taken to read and consider this letter.

Humbly Submitted,

Matt E. Hunt
1849 Painter Rd
Fredericktown, Ohio 43019

June 12, 2012

Your Honorable Judge Carr

I write this letter with a heavy concern in my heart for the welfare of Alex Cook. Monday June 18, 2012 he comes before the court for sentencing for a crime I am sure he is wrongfully accused and convicted of.

I have been involved with the youth of our community since my youngest son first played baseball 22 years ago. I coached Little League baseball for 13 years. I was a Cub Scout Den leader for five years and have been involved as a committee member of the local Boy Scout troop for the last 16 years serving as committee chair for the last 7 years. I have attended youth protection classes at many levels and age groups.

I have watched this young man grow up. Life is a challenge to us all and Alex certainly is not excused from this fact. I have watched him overcome his learning disability to achieve a chance at a College Education. Choosing a course of study at the Knox County Career Center and working Jobs to prepare his way to adulthood with determination. I watched him develop from a boy of 11 to the rank of Eagle Scout  and I was honored to be chosen by Alex to be presented the Eagle Mentor Pin. I had opportunity to observe camping trips and meetings where he was a leader to the troop and always there to help his fellow scouts.

I have known Alex's father since my scouting days some 40 years ago and his grandfather longer than that. They are a community minded family faithful to God and Country and Community. I know they have raised Alex in this sprit and  I have observed this as his life unfold.

I believe Alex to be innocent. I have prayed for him and about him. I believe it is my duty to say he is wrongfully convicted of this crime. As I am sure you and most Americans consider this a heinous  crime, I to am appalled that this activity goes on and shocked at the images that were shown to the public at the trial. I simply do not believe the evidence is against him (I did attend two days of the trial).

I ask that you show mercy to Alex and don't take a young man full of potential away from his life. I have prayed for the answer and have no reason to believe he is guilty. I ask you pray for the correct path for this young man. Please allow his life to unfold in his service to God and country and be a productive member of society.

Respectfully,
William A. Cordle
14211 Armentrout Rd.
Fredericktown, Ohio 43019

June 13, 2012

Your Honor,

I am writing to you concerning Alex Cook, the young man whose sentencing date is next Monday. Those of us who know Alex and his family know that he is totally innocent of all the charges that have been brought against him. His life has absolutely been turned upside down and put on hold because of these false accusations. It has been unbelievable that something like this could happen in this country! I ask you to please show mercy and end this horrible chapter in his life. In whatever way that you can, please confirm his innocence, and restore to this young man the life that is rightfully his.

Thank you for your careful consideration. You are in my prayers.

Sincerely,
Ann C. Vance

June 12, 2012

Your Honor,

I'm writing this letter on behalf of Alex Cook.  He is scheduled to appear before you on June 18th for sentencing.

I have known Alex since he was in elementary school and joined Troop 342 where I continue to serve as Assistant Scoutmaster.  He was an exemplary scout; always seeking to keep the Scout oath and law to the best of his ability.  I never knew him to pick on the younger boys as so many older scouts are prone to doing.  He was always willing to help teach a skill or tie a knot.  He stood out from among his peers and was invited to serve as a camp counselor for several summers at Muskingum Scout Reservation, Coshocton,OH.  With our guidance and encouragement; and a lot of hard work on his part; he rose to the rank of Eagle Scout; a lofty achievement that only 4% of boys in Scouting attain. Scouting is the only youth serving organization that I know of that has taught character development and requires all members to take an oath to remain morally straight.   Without reservation Alex accepted the Eagle charge to a lifelong commitment to keep the Scout Oath and Law.

Because of the afore mentioned, I am unable to accept the charges of which Alex was convicted. The conviction being based on the testimony of witnesses which I doubted as I sat in the gallery of your court room.

Based on this doubt and the character of Alex Cook I would implore you to extend Mercy and Leniency as Alex stands before you, that Justice may be served.


Sincerely yours,

Mark Vance RN, Asst. Scoutmaster

June 11th, 2012

Dear Honorable Judge,

I understand that on June 18th you will be sentencing my brother Alex Cook.

I wanted to take a moment and ask that you please be lenient.  The things he is accused of are completely out of character. He is only 21 and a very harsh sentence for something that I don't think he did could really affect his future.

I ask that you consider his lack of a criminal record and his young age when making your final decision.

Respectfully Yours,

Christopher H Dorman

June 13, 2012


Honorable Judge James G. Carr,

I would first like to thank you for taking time to read this letter on behalf of Alex D. Cook, my little brother.  I like to beg of you to give my brother lenience in his sentencing.

I know without a doubt that my brother did not do what he was convicted of.  He has already been serving house arrest for the past year and a half.

My brother is a great person. Alex is the type of person that would go out of his way to help others and would never doing anything to harm another. He is loyal and a hard working he has never been in any kind of trouble with the law and he has the utmost respect for authority.

Again, I would ask that you please, please not ruin my brother's life for something I know he did not do.  Please grant him leniency and consider how much time he has already served under house arrest.  Thank you.


Respectfully,


Brittany N. Cook

June 11, 2012

Your Honor,

I am writing on behalf of my nephew Alex Cook. As his aunt, I have known Alex all of his life. I have watched him grow into an honest, hard-working, caring young man. In my heart I honestly believe that Alex is innocent of all charges, but I understand that a jury made a different decision.

Alex has been open, honest and respectful in all of his dealings with the court. He has been diligent in handling all of the restrictions placed on him by the court. As his background shows, he has never been in any type of trouble, criminal or otherwise in his life. Alex is a caring person who is always willing to go out of his way to help others, including his family, church and community.

You have the power to show mercy and leniency in the sentencing process. I ask that you use that power to show mercy and leniency to Alex as you determine his sentence.  I respectfully request that you look at Alex as an individual, his background, his honesty and integrity and his future potential as you make your decision.

Respectfully,

Carolyn Fergus

Mr. Christopher E. Alverson
43 Alder Lane
Groton, CT 06340


June 11, 2012


Your Honor:

      I am writing this letter to you in regards to the character of Mr. Alex Cook.

      After having known Alex for several years, I believe that he exhibits impeccable character.  This is something that I have seen through my time with him in the Boy Scouts of America, where he became a fellow Eagle Scout.  He is always thinking of ways to help out the community and benefit others before himself.  I have never seen him not trying to help someone, without a smile on his face.

      However, I would not be a sailor if I did not say that without integrity, a man's character is not worth anything.  Ever since I have joined the military, I have always thought that statement was true.  Throughout the years that I have known the young Mr. Cook, I have not only seen him display some of the most outstanding character that most men dream of, I have also seen him demonstrate an extreme amount of integrity.

      In closing, I believe that Mr. Cook is innocent based upon his actions that I have seen where he chose to show his amazing character and integrity.  I would also hope that you are more lenient with his sentence based upon this letter.  I thank you for taking the time to review this.


Sincerely,


Christopher E. Alverson
MM3/SS, USN

Mrs. Sarah Alverson
43 Alder Lane
Groton, CT 06340

June 11, 2012

Your Honor,

I am writing this letter in regards to Alex Cook.  He and I have known each other our entire lives, since we are cousins and have grown up together in the same town.   He is a hard working person, who works to get the job done and done well.  A great example of this is, him becoming an eagle scout.   In working on his Eagle Scout project, which was helping to create a nature park in our hometown, as well as other projects through scouts that he completed.  Alex has also done many projects at the church that he attends.  Another example is helping out our grandmother with helping to fix her house when she was having drainage issues and water was getting into the basement.  These are just a few of many examples of the hard work of Alex.

After reading these examples of the hard work that Alex does and his character, I know that he is an innocent man.  Hoping that you could see the same in him that I see, please grant him leniency on his sentence.  Thank you for your time your honor.

Sincerely,

Sarah Alverson

Your Honor,

We are writing this letter in behalf of our nephew, Alex Cook.

Although Alex was recently found guilty by a jury, we believe without a doubt that he is innocent. We do realize that while we have a great justice system in this country, it is not perfect, yet we respect it.

We have known Alex his whole life and he has grown up with our two boys. He has been a great kid and has become a fine young man. He has always been a hard worker, someone that you can depend on. He has a great respect for other people, as well as his community. He is always willing to do whatever is needed, a lot of time without being asked. He has been raised by two loving parents in a good Christian home. While we know that he, like everyone else is not perfect he always tries to do what is right. He has never been into trouble with the law and has always been a good example to his friends and family.

During these two past years as this trial has been going on, he has remained obedient and respectful. While he doesn't understand how something like this could happen to him since he didn't do what he was accused of, he has followed every aspect that the law has asked of him without question.

At this time, you now hold his future in your hands and we beseech you to look at this young man who is just beginning his adult life and take into consideration of the young man he is and restore his life back to him.

Sincerely,

Dr. Robert and Sara Riedle
Lyndon Station, WI

June 11, 2012

To Whom It May Concern:

I am writing this letter to ask for leniency in the sentencing of Alex Cook, my nephew.

Alex is a very good kid. He has always obeyed the law and has never been in any kind of trouble. He has been especially helpful to our family this past year since my husband had a severe heart attack last spring and is now being screened for a heart transplant.  Alex has always been willing to jump in when needed.

Again, I ask for lenience in the sentencing.

Sincerely,

Mary E. Rule

12478 Shipley Road
Fredericktown, Ohio 43019

740-634-5410

June 11, 2012


To Whom It May Concern:

I am writing this letter to ask for leniency in the sentencing of Alex Cook.  Alex is a very hard worker, always willing to pitch in and help out whenever he is needed.

Alex has never been in trouble with the law before this.

He is a very kind hearted and is a great part of our family.

I suffered a heart attack last May and Alex has been here to help out whenever he has been allowed, since I am unable to do most things that I was able to do before.

Again, I ask for leniency in his sentencing.

Sincerely,



Robert Rule,
Alex's Uncle

740-694-5410

12478 Shipley Road
Fredericktown, Ohio 43019

I am writing on Alex Cook's behalf to ask you for a judgment of mercy and grace.  Alex is a young man that certainly has made some poor judgment call, as all of us have, but his is not a hardened person who is set in the way of sin and wrong doing and I this case I know that he is innocent.

Over the last year and a half while he has been under "house arrest" he has followed all of the guidelines set up for him.  He has come often over to the Ankenytown Grace Brethren church and worked with me on many projects that we have at the church.  I have really enjoyed working with him. He is a very talented and skilled young man.  He has also been employed for the last several weeks.  I would hate to see him put in prison and his skills go to waste.  I would also hate to see his innocence and naivety turned to hard core evil by the prison system.  What a waist that would be.

I pray that you take into consideration all of the facts not only of the case set against him but also who he is and family and church support system that he has.

I would be willing to do what ever the courts would ask of me, as his pastor, to support this family and young man in order to keep him for being damaged by the prison system and hardened to a life of sin.

Thank you for your consideration.  You remain in our prayers for not only this case by for all that you do for us as citizens of the USA and the state of Ohio.

Dr. Gary M. Kochheiser, Pastor

Ankenytown Grace Brethren Church

20601 Old Mansfield Rd.

Bellville, OH 44810

740-694-6936



**Arthur Walkden**
10625 Jacobs Drive, Mount Vernon, OH 43050
(740) 504-2768

We have known Alex Cook and his family for more than ten years. During that time we have watched Alex go through High School, we have observed his work habits, and we know he does not run around and get into trouble as we have seen in other young people. We are completely convinced Alex would not have been into the type of entertainment he is being unjustly accused of.

We have discussed this situation often with Alex and his family and are very anxious to see him as a free person very soon! He desires to have a regular job, build a business with the Conklin Company and work hard to make a positive influence in the world around him. He has our support and encouragement.

Sincerely,


Art & Rita Walkden

Directors

Amanda Sharp
103 McNair Drive
Crestview, FL 32539
740-507-4505

June 10, 2012


To The Honorable Judge Carr,

I am writing this letter on behalf of my younger cousin Alex.  I would just like to ask for your mercy on him regarding his sentencing next week.  This is the first, and only, thing on his record and he made a simple mistake, of looking at adult pornography, like many other kids do.  I believe however, that he did not knowingly obtain and distribute child pornography.  He was barely 18 at the time, and under the law he was an adult, but he was still just a kid.  I have known him his whole life and he has always been a good kid, faithfully going to church and helping out in the community whenever possible.  He has continued down this path even after all of this has taken place.  I know he truly regrets what has happened, but I know in my heart he is innocent of what he was convicted of.  I am asking you to look at all of the details and have mercy on him when you provide him with his sentencing.

Thank you for your time and consideration in this matter.


Sincerely,
Amanda J. Sharp