UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10 CR 00522 |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| ALEX DAVID COOK, | : | **MOTION TO INSPECT COMPUTER** |
| Defendant. | : | |

Now comes the Defendant, Alex David Cook, by and through undersigned Counsel, and hereby requests this Honorable Court, on behalf of Mark Vassel, Mr. Cook's computer examiner, to allow another inspection of his computer.

Mr. Vassel approached the Toledo Police Department which has stored the computer since it was seized.  He was told that insofar as Mr. Cook has been convicted, he would have to request a Court order for a re-inspection.

The attached affidavit from Mr. Vassel sets forth with particularity his reasons for wanting to inspect the computer again.  *See* paragraphs 10 and 11.  This is by no means a fishing expedition; Counsel files this Motion in good faith at the request of Mr. Vassel, the Defendant, and his family.

/s/Elizabeth Kelley
ELIZABETH KELLEY, 0063641
13940 Cedar Rd., #285
Cleveland, OH   44118-3204
(216)410-6923
ZealousAdvocacy@aol.com

SERVICE

I certify that on June 14, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Kelley

ELIZABETH KELLEY