UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10 CR 00522 |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| ALEX DAVID COOK, | : | **MOTION TO RELAX TERMS OF PRE-TRIAL RELEASE** |
| Defendant. | : | |

Now comes the Defendant, Alex David Cook, by and through undersigned Counsel, and hereby requests this Honorable Court to relax the terms of his pre-trial release in order to more fully meet the demands of his employment.

Currently, Mr. Cook must check-in with his pre-trial officer every Monday morning and give her his schedule.  Mr. Cook works as a laborer, and many of the jobs are outdoors, some arise at the last minute, and some are cancelled.   Therefore, it is difficult for him to accurately anticipate his schedule.  If there are changes, he tries to get in touch with pre-trial services, but is not always successful.  A letter from his employer supporting this request is attached to this Motion.

For the foregoing reasons, Mr. Cook requests that this Court grant this Motion.

/s/Elizabeth Kelley
ELIZABETH KELLEY, 0063641
13940 Cedar Rd., #285
Cleveland, OH   44118-3204
(216)410-6923
ZealousAdvocacy@aol.com

## SERVICE

I certify that on June 26, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Kelley
ELIZABETH KELLEY