To Whom It May Concern.

I employ Alex Cook to work for my flooring and construction company as well as general work around my farm.  Alex is a good worker and has always been on time and done as requested.  I understand the restrictions Alex has been placed on him by the courts where he provides his schedule on Monday for his work week.  I would like, if possible, to request a little more flexibility in his schedule.  In the construction and farming industry we are at the mercy of Mother Nature as well as customer change request on a continual basis.  These changes do not always allow me the flexibility to work around the predetermined schedule of Alex.  The changes can encompass moving scheduled work from one day of the week to another or Alex working past his scheduled assigned time to be at home (normally 5:30pm).  Alex is always working with me or one of my other employees so if you could allow more flexibility in his schedule that would alleviate additional work for myself and Alex's monitoring  person.

Thank you for your attention to this.

*Tom Byrne* (signature)

Tom Byrne

Byrne Flooring LLC