UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10 CR 00522 |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| ALEX DAVID COOK, | : | **MOTION TO APPOINT COUNSEL** |
| Defendant. | : | |

Now comes the Defendant, Alex David Cook, by and through undersigned

Counsel, and hereby requests that this Honorable Court appoint Attorney Jeffrey Gamso

to represent him on appeal.

Mr. Gamso has met with Mr. Cook and his family, has spoken extensively with

undersigned Counsel, and is familiar with the case.

At Mr. Cook's sentencing on June 18, 2012, this Court stated that it would

recommend that Mr. Gamso be appointed. Counsel contacted the Clerk's Office at the

Sixth Circuit and it stated that the District Court could appoint Mr. Gamso. The Sixth

Circuit also said that inasmuch as the District Court was aware that the Defendant could

not support his appeal, that the District Court could make a finding of indigency without

supporting documentation.

/s/Elizabeth Kelley
ELIZABETH KELLEY, 0063641
13940 Cedar Rd., #285
Cleveland, OH 44118-3204
(216)410-6923
ZealousAdvocacy@aol.com

SERVICE

I certify that on July 2, 2012, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Elizabeth Kelley
ELIZABETH KELLEY