TRANSMISSION FORM

District Court                                            District Court No._____3:10cr522_
NORTHERN OHIO, WESTERN DIVISION          USCA  No.___**12-3827**___

CAPTION                          CURRENT COUNSEL FOR PLAINTIFF
                                 NAME:  Gene Crawford
                                 FIRM NAME: U.S. Attorney's Office
U.S.A.                           ADDRESS:    Suite 308
                                             Four SeaGate
        PLAINTIFF - __Appellee__             Toledo, OH.  43604
                                 TELEPHONE:    419-259-6376
        v.
                                 CURRENT COUNSEL FOR DEFENDANT
ALEX DAVID COOK                  NAME:   Elizabeth Kelley
                                 FIRM NAME: Suite 285
        DEFENDANT - __APPELLANT__   ADDRESS:  13938A Cedar Road
                                             Cleveland, OH.  44118-3204
                                 TELEPHONE:  216-410-6923

If Habeas Corpus,  Certificate of Appealability is:  ( ) granted     ( ) denied     ( ) pending

Criminal Defendant:  (X) on bond    ( ) incarcerated      ( ) on probation

Fees:   District Court & USCA Fee Paid:     ( ) yes      (X) no        ( ) not required
        Pauper Status:          ( ) granted    ( ) denied     ( ) pending
        Affidavit of Financial Status Filed:   (X) yes      ( ) no

Counsel:      ( ) appointed    (X) retained     ( ) pro se

District Court Judge:__Carr__          Court Reporter:__Nixon, Spore and Nageotte.__

Any hearing or trial   (X) yes   ( ) no     If yes, dates __11/12/10; 12/20/10; 4/11/11; 7/6/11; 8/4/11;__
__9/6/11 thru 9/9/11 and 6/18/12.__

FROM____Shawn Harrigan____          DATE_____JULY 6, 2012__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the
annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and
__volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL,
this___ day of _____, **2012**. Clerk, GERI M. SMITH, U.S. District Court