# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 17, 2012

Mr. Jeffrey M. Gamso
Law Office
1119 Adams Street
Second Floor
Toledo, OH 43604

      Re: Case No. 12-3827, *USA v. Alex Cook*
          Originating Case No. : 3:10-cr-00522-1

Dear Mr. Gamso:

    Pursuant to the District Court's Order entered July 16, 2012, your appointment is hereby extended on appeal. This letter serves as authorization for you to order transcript(s) if needed for appeal purposes. Counsel, Elizabeth Kelley, has been withdrawn from this appeal.

    Please electronically file your Appearance of Counsel form and Transcript Order Form(s) no later than **July 27, 2012**.

                                    Sincerely yours,

                                    s/Robin L. Johnson
                                    Case Manager
                                    Direct Dial No. 513-564-7039

cc: Mr. Gene Crawford
    Ms. Elizabeth Kelley
    Mr. Thomas O. Secor
    Ms. Geri M. Smith