**CJA FORM 24 (one form per court reporter) should be forwarded to the court reporter along with appropriate copy/copies of the transcript order form.**

✎CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other _____<br>☐ Appeal | | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other _____ | 10. REPRESENTATION TYPE<br>(See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: The trail transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
   A. Apportioned _____% of transcript with *(Give case name and defendant)*
   B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript
   C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
      ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
   D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

| 15. ATTORNEY'S STATEMENT<br>As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate represent-ation. I therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>_____ _____<br>Signature of Attorney          Date<br><br>_____<br>Printed Name<br>Telephone _____<br>☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization | 16. COURT ORDER<br>Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.<br><br>_____<br>Signature of Presiding Judicial Officer or By Order of the Court<br><br>_____ _____<br>Date of Order          Nunc Pro Tunc Date |
|---|---|

**CLAIM FOR SERVICES**

| 17. COURT REPORTER/TRANSCRIBER STATUS<br>☐ Official ☐ Contract ☐ Transcriber ☐ Other | 18. PAYEE'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone _____ |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (*Itemize*) | | | | | | |
| | | | | | **TOTAL AMOUNT CLAIMED:** | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim for services rendered an is correct, and that I have not sought or received payment (*compensation or anything of value*) form any other source for these services.

Signature of _____ Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

_____ _____
Signature of Attorney or Clerk          Date

**APPROVED FOR PAYMENT – COURT USE ONLY**

| | 24. AMOUNT APPROVED |
|---|---|
| _____ _____<br>Signature of Judicial Officer or Clerk of Court     Date | |