AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment Page: 2 of 6

DEFENDANT: Alex David Cook
CASE NUMBER: 3:10cr522

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

72 months each on Counts 1 and 2 and a term of 24 months on Count 3, to be served concurrently

☑ The court makes the following recommendations to the Bureau of Prisons:

that the defendant be placed in an institution to protect the defendant's well being and welfare. Also, that the defendant not self-surrender until September 4, 2012.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before on _____
   ☑ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 09·04·12 to FCI ELKTON

a V/S , with a certified copy of this judgment.

J. COAKLEY
UNITED STATES MARSHAL
WARDEN

By _____
DEPUTY UNITED STATES MARSHAL
LSO