No. 12-3827

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,        **)**

                                  **)**

        Plaintiff-Appellee,        **)**

                                  **)**

v.                             **)**    O R D E R

                                  **)**

ALEX DAVID COOK,          **)**

                                  **)**

        Defendant-Appellant.    **)**        3:10cr522

**FILED**
**Dec 18, 2012**
DEBORAH S. HUNT, Clerk

Upon consideration of the defendant's motion for leave to file his appellate brief instanter, the motion is GRANTED.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk