In the
**UNITED STATES DISTRICT COURT**
for the Northern District of Ohio
Western Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:10 CR 522 |
| | : | |
| v. | : | District Judge James G. Carr |
| | : | |
| ALEX COOK, | : | NOTICE |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF FILING OF EXHIBIT FOR APPEAL PURPOSES**

The Government gives notice of the filing of a trial exhibit for purposes of appeal in Sixth Circuit Court of Appeals Case No. 12-1827, *United States v. Cook*, as follows: Government Exhibit 9, admitted on September 7, 2011. (R. 57: 9/7/11 Trial Tr. Vol. 3, PageID 573).

Respectfully submitted,

Steven M. Dettelbach
United States Attorney

 s/ Gene Crawford
Gene Crawford
Assistant United States Attorney
United States Attorney's Office
Four SeaGate, Suite 308
Toledo, Ohio 43604
Phone: (419) 259-6376
Fax: (419) 259-6360
gene.crawford@usdoj.gov

## CERTIFICATE OF SERVICE

On February 12, 2013 the foregoing document was filed electronically with the Court's CM/ECF system, which will send electronic notification to all counsel of record.

                                       s/ Gene Crawford
                                       Gene Crawford
                                       Assistant United States Attorney

Alex David Cook, 20100915, 305C-CV-76862

Statement:

In regards to having child pornography images on my computer: I do have child pornography images on my personal laptop computer, which was in my bedroom of my apartment on REDACTED REDACTED in Lima, Ohio.

I started viewing adult pornography about 3 years ago when I was around 17 yrs old. After graduating high school and leaving home for my job, traveling construction, I started viewing child pornography, after finding a desensitization to adult pornography.

My viewing of child pornography was at first out of curiosity mainly. When I was around 11 years old I was in the woods walking through the boy scout camp going to the lunch hall. A guy grabbed me and fondled me until I was able to scream and break free. He ran away and I reported this to the adults in charge. I don't know if he was ever apprehended or not. I tell this because this contributed to my curiosity with child pornography. I wanted to see what aroused him about that situation.

I downloaded child pornography from Limewire Network. I searched it under "child porn" and found thousands upon thousands of files to choose from. I found that I did get aroused by some of the images I saw, mainly because of the thought of it being dirty and wrong, not the activities of the images. I found one particular girl that reminded me of my ex fiancé and that was why I downloaded several pictures of her. Most of those pictures were clothed and the images were basically a progression as she grew older. Although I had images of child pornography sexual activities on my computer, I did not want to see adults with children. I was aroused most by views of children naked and in the low teen age range.

At the peak, I may have viewed child pornography once a week. I have not viewed child pornography for a month and am working to rid myself of viewing it at all, and that includes all pornography. In an effort to do that I was bringing my computer in to Best Buy this next weekend to have the harddrive completely erased. I have spoken several times to my church leader about viewing pornography and have been working to stop.

I do have access to younger children, in the Sunday School that I teach every other weekend in Knox County. These are children approximately 12 years old. I am never alone with any of them and would never even attempt to do anything inappropriate to them, not only because it is wrong but also out of fear of punishment and reputation damage. I also am an Eagle Scout and a Scout Leader, leading about 36 scouts in the 11-18 age range. Also with this responsibility I am never alone with any child, nor would I ever think of doing anything inappropriate.





GOVERNMENT EXHIBIT 9

In viewing child pornography I have found that some children that I know can remind me of, or resemble, some images that I have viewed of child pornography. I do not fantasize about any children in that way, but I have found that I notice the similarity to real children and child pornography images. I have never touched or had any sexual contact with any person under the age of 18.