# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 12-3827

Filed: August 21, 2013

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

3:10cr522 - JGC

ALEX DAVID COOK

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 07/30/2013 the mandate for this case hereby issues today.    Affirmed

COSTS: None