# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Alex David Cook,   Case No.  3:10-cr-00522

       Petitioner,

v.   JUDGMENT ENTRY

United States of America,

       Respondent.

For the reasons stated in the Order filed December 10, 2014, it is hereby:

**ORDERED THAT:**

the petition for relief under 18 U.S.C. § 2255 be, and the same hereby  is denied.

There can be no plausible merit to an appellate challenge to this decision, and I decline, therefore, to issue a Certificate of Appealability.

So Ordered.

       **/s/ James G. Carr**
       **Sr. United States District Judge**