IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,            Case No 3:10CR522

    Plaintiff/Respondent,

v.            **ORDER TO SHOW CAUSE**

Alex David Cook ,

    Defendant/Petitioner.

This cause came to be heard on a petition for habeas corpus filed pursuant to 28 U.S.C. Section 2255.

It is hereby

**ORDERED** that the government shall show cause on or before sixty (60) days of the date of this order, why the petition should not be granted and the writ as prayed for issued. Defendant shall file his reply within thirty (30) days after the government has filed their response.

SO ORDERED.

           s/ James G. Carr     7/25/16
           Sr. United States District Judge